same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protest sustained to this extent.

**No. 49775.**—Protest 90829–K of Chong Sing Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin found to contain salt, was excluded from paragraph 5 and protest sustained to this extent.

**No. 49776.**—Protests 532647–G, etc., of Wo Kee & Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protests sustained to this extent.

**No. 49777.**—Protests 965526–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5, and protests sustained to this extent.

**No. 49778.**—Protests 974454–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protests sustained to this extent.